# EXHIBIT C

# MICHIGAN CARPENTERS' FRINGE BENEFIT FUNDS

Michigan Carpenters' Health Care Fund
Michigan Carpenters' Pension Fund
Michigan Carpenters' Apprenticeship & Training Fund

Managed for the Trustees by:
TIC INTERNATIONAL CORPORATION

February 26, 2013

**Revised Billing**

STUDMARK CONTRACTING INC
PO BOX 83
CHAMPION MI 49814

Dear Employer:

Recently, I conducted an audit of your payroll records for the period October 2005 through July 2009. The purpose of the audit was to determine the accuracy of the reports and contributions remitted by your firm to these Funds. The audit indicates that the following delinquent contributions are due:

| Fund | Amount Due | Audit Assessments | Total Due |
|---|---|---|---|
| Health Care | $2,414.13 | $462.83 | $2,876.96 |
| Pension | $2,174.67 | $440.75 | $2,615.42 |
| Apprentice | $158.28 | $30.86 | $189.14 |
| Industry Advancement | $53.43 | $0.00 | $53.43 |
| Dues | $341.80 | $0.00 | $341.80 |
| Special Assessments | $93.50 | $0.00 | $93.50 |
| Annuity | $205.70 | $20.57 | $226.27 |
| UPCILMCC | $65.45 | $0.00 | $65.45 |
| Building Fund | $82.39 | $0.00 | $82.39 |
| Cost of Audit | | | $379.00 |
| Late Payment Assessments | | | $0.00 |
| Totals: | $5,589.35 | $955.01 | $6,923.36 |

Please review the enclosed copies of the payroll audit worksheets. This audit has been prepared based upon records and information which you have provided to the auditor. If you disagree with the results of this billing, you must provide the auditor with any objections to the audit, in writing, by certified or registered mail. Your objections must be received no later than twenty-one (21) days after the date of this letter. If you fail to do so, you have agreed that the audit results shall become **final** and you will not be allowed to contest the billing at a later time.

6525

Studmark Contracting, Inc.
February 26, 2013
Page 2

If you agree with the payroll audit, please issue a check in the amount of **$6,923.36**, payable to the Michigan Carpenters' Fringe Benefit Funds, and mail back to the Fund Office in the envelope provided.

All amounts due the Funds for contribution or assessments shall accrue interest at the rate of twelve percent (12%) per year. The Trustees will waive the interest which may be charged on these amounts if this billing is paid in full within thirty (30) days. If unpaid after 30 days, the employer may also be charged with attorney fees and costs incurred by the Funds for the collection of delinquent fringe benefit contributions, audit assessments, late payment assessments, and/or interest.

If you have any questions, please feel free to contact me at the telephone number listed below or at my direct dial number (517) 327-2160, or by e-mail at cmills@tici.com.

Sincerely,

Corinne Mills
Payroll Auditor

CM/blm
Opeiu #459 afl-cio

enclosure

xc:  Michigan Regional Council of Carpenters
     Carpenters' Local 1510
     AGC
     Joni Holmgren

6525

Centurion Drive • Lansing, MI 48917-9275
(517) 321-7502 • FAX (517) 321-7508
Toll Free (800) 273-5739
www.michigancarpenters.org

# 2008
## Studmark Contracting, Inc.
### Michigan Carpenters' Fringe Benefit Funds
#### Payroll Audit Discrepancy Information

| Local 1510 - Section E2 | | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kariniemi, Jacob 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 | | | | | | | | | | 92 | | | | 92.00 |
| | | | | | | | | | | | | | | **92.00** |
| Morcom, William 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 | | | | | | | | | | 52.50 | | | | 52.50 |
| | | | | | | | | | | | | | | **52.50** |
| Schultz, Kevin 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 | | | | | | | | | | 56.00 | | | | 56.00 |
| | | | | | | | | | | | | | | **56.00** |
| Stanek, Shawn 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 | | | | | | | | | | 52.50 | | | | 52.50 |
| | | | | | | | | | | | | | | **52.50** |
| Stenglin, Pete 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 | | | | | | | | | | 88.00 | | | | 88.00 |
| | | | | | | | | | | | | | | **88.00** |
| Witt, Jason 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 | | | | | | | | | | 126.50 | | | | 126.50 |
| | | | | | | | | | | | | | | **126.50** |
| Total Hours | | - | - | - | - | - | - | - | - | 467.50 | - | - | - | 467.50 |
| | (6-12) | | | | | | | | | | | | | |
| Health Care @ | $4.95 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,314.13 | $ - | $ - | $ - | $ 2,314.13 |
| Pension @ | $4.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,103.75 | $ - | $ - | $ - | $ 2,103.75 |
| Apprentice @ | $0.33 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 154.28 | $ - | $ - | $ - | $ 154.28 |
| Industry @ | $0.11 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 51.43 | $ - | $ - | $ - | $ 51.43 |
| Dues @ | $0.72 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 336.60 | $ - | $ - | $ - | $ 336.60 |
| Special Assessment @ | $0.20 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 93.50 | $ - | $ - | $ - | $ 93.50 |
| Annuity @ | $0.44 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 205.70 | $ - | $ - | $ - | $ 205.70 |
| UPCILMCC @ | $0.14 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 65.45 | $ - | $ - | $ - | $ 65.45 |
| Building @ | $0.10 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 46.75 | $ - | $ - | $ - | $ 46.75 |
| Totals | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5,371.59 | $ - | $ - | $ - | $ 5,371.59 |

Revised by CM, February 26, 2013
Created: 1/19/11 SKH

January 2006 through December 2008
**Studmark Contracting, Inc.**
Michigan Carpenters' Fringe Benefit Funds
Payroll Audit Discrepancy Information

Overpayments and Underpayments for Studmark Contracting

| | January | February | March | April | May | | June | | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2006** | | | | | | | | | | | | | | | |
| | | | | | E2 | E0 | | E0 | | | | | | | |
| Health Care | | | | E1 | | | | | | | | | | | |
| | | | | $ - | $ 40.00 | $ 40.00 | $ 20.00 | | | | | | | | $ 100.00 |
| Pension | | | | $ - | $ 8.00 | $ 8.00 | $ 4.00 | | | | | | | | $ 20.00 |
| Apprenticeship | | | | $ - | $ 1.60 | $ 1.60 | $ 0.80 | | | | | | | | $ 4.00 |
| Industry | | | | $ - | $ 0.80 | $ 0.80 | $ 0.40 | | | | | | | | $ 2.00 |
| Dues | | | | $ - | $ 1.60 | $ 2.40 | $ 1.20 | | | | | | | | $ 5.20 |
| Building Fund | | | | $ 35.64 | $ - | $ - | $ - | | | | | | | | $ 35.64 |
| | | | | $ 35.64 | $ 52.00 | $ 52.80 | $ 26.40 | | | | | | | | $ 166.84 |
| **2007** | | | | | | | | | | | | | | E2 | |
| Pension | | | | | | | | | | | | | | $ (49.08) | $ (49.08) |
| **2008** | | | | | | | | | | E2 | | | | | |
| Pension | | | | | | | | | | $ 100.00 | | | | | $ 100.00 |
| | | | | | | | | | | Check written for the wrong amount. | | | | | |
| Total | | | | | | | | | | | | | | | $ 217.76 |