UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS'
COUNCIL PENSION FUND, et al.,

              Plaintiffs,                          Case No. 1:13-cv-1018

v.                                         HON. JANET T. NEFF

STUDMARK & CO., et al.,

              Defendants.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action.  Plaintiffs filed a Motion for Entry of Default Judgment Against Defendant Studmark Contracting, Inc. (Dkt 19).  The motion was referred to the Magistrate Judge, who issued a Report and Recommendation on March 31, 2014 recommending that the motion be granted and judgment entered in favor of Plaintiffs and against Defendant Studmark Contracting, Inc.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 29) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Entry of Default Judgment Against Defendant Studmark Contracting, Inc. (Dkt 19) is GRANTED.

A Default Judgment consistent with this Order will issue.

Dated:  April 23, 2014                       /s/Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge