# **EXHIBIT A**

CASE:       Michigan Carpenters v Studmark

DATE OF JUDGMENT:        7/22/2014 AMOUNT:        $95,656.49 RATE/INT:    0.110%

| DATE: | PAYMENT | TIME/DAYS | INTEREST | BALANCE |
|---|---|---|---|---|
| 7/22/2014 | | | | $95,656.49 |
| 4/18/2016 | 0.00 | 636 | 183.35 | $95,839.84 |