UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS'
COUNCIL PENSION FUND, et al,

    Plaintiffs,

v

STUDMARK & CO., a Michigan corporation,
and STUDMARK CONTRACTING, INC., a
Michigan corporation, jointly and severally,

    Defendants,

and

MARK JYLHA,

    Garnishee Defendant.
_____/

Case No. 1:13-cv-1018

Hon. Ellen S. Carmody

### AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT BY CLERK OF COURT PURSUANT TO FED. R. CIV. P. 55(b)(1)

STATE OF MICHIGAN    )
                                 )ss
COUNTY OF OAKLAND   )

    CRAIG E. ZUCKER, being first duly sworn, deposes and says:

    1.    I am one of the attorneys for Plaintiffs, Michigan Carpenters' Council Pension Fund, *et al*.

    2.    On February 4, 2016, the clerk of the United States District Court issued a Request and Writ for Garnishment directed against Mark Jylha [ECF No. 73, Page ID 216].

3. Said Garnishment was served upon Mark Jylha via hand delivery on March 24, 2016 and via certified mail-return receipt requested on February 17, 2016, as evidenced by the Proofs of Service [Docket Nos. 138 and 139].

4. The judgment entered against principal defendant Studmark & Co. on July 22, 2014 was entered in the amount of $95,656.49. The judgment remains unsatisfied and totals $95,839.84, inclusive of accrued post-judgment interest as of April 18, 2016 as reflected in the computation attached to the Motion as Exhibit A. As such, Affiant asserts the amount of the default judgment requested herein is in a sum certain, and default judgment to be entered by the Clerk of the Court against garnishee defendant Mark Jylha is appropriate pursuant to Fed. R. Civ. Pro. 55(b)(1).

5. More than 14 days have elapsed from the time of service of said Garnishment upon Garnishee Defendant and to the best of affiant's knowledge, no disclosure has been filed with the Court.

_____
CRAIG E. ZUCKER
Erman, Teicher, Zucker & Freedman, PC
400 Galleria Officentre, #444
Southfield, MI 48034
248-827-4100
czucker@ermanteicher.com

[continued on page 3]

[continued from page 2]

On this 19th day of April, 2016, before me personally appeared Craig E. Zucker, who, being duly sworn, did say that he executed said instrument with full legal authority to so act.

_____
Bethanie L. Mansfield, Notary Public
Oakland County, MI, Acting in Oakland County, MI
My commission expires: 1/8/20

BETHANIE L. MANSFIELD
Notary Public, State of Michigan
County of Oakland
My Commission Expires Jan. 08, 2020
Acting in the County of OAKLAND