UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS'
COUNCIL PENSION FUND, *et al*,

    Plaintiffs,

v

STUDMARK & CO., a Michigan corporation,
and STUDMARK CONTRACTING, INC., a
Michigan corporation, jointly and severally,

    Defendants,

and

MARK JYLHA,

    Garnishee Defendant.
_____/

Case No. 1:13-cv-1018

Hon. Ellen S. Carmody

## CERTIFICATE OF SERVICE

I hereby certify that on <u>   April 19, 2016      </u> I electronically filed <u>(1) Motion Pursuant to Fed. R. Civ. Pro. 55(b)(1) for Default Judgment Against Garnishee Defendant Mark Jylha by Clerk of the Court; (2) Brief in Support; and (3) Affidavit in Support  </u> with the Clerk of the Court using the ECF system which will send notification of such filing to ECF participants in this matter.  I further certify that I have mailed a copy of the foregoing paper by United States Postal

Service to the following non-ECF participants:

    Mark Jylha
    320 County Rd. AZ
    Champion, MI 49814

                                           */s/  Craig E. Zucker*
                                      Craig E. Zucker (P39907)
                                      Erman, Teicher, Zucker & Freedman, PC
                                      400 Galleria Officentre, #444
                                      Southfield, MI 48034
                                      Phone:  248/827-4100
                                      czucker@ermanteicher.com