UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the MICHIGAN CARPENTERS'
COUNCIL PENSION FUND, *et al*,
    Plaintiffs,

v

STUDMARK & CO., a Michigan corporation,
and STUDMARK CONTRACTING, INC., a
Michigan corporation, jointly and severally,
    Defendants,

and

MARK JYLHA,
    Garnishee Defendant.
    _____/

Case No. 1:13-cv-1018

Hon. Ellen S. Carmody

CLERK'S ENTRY OF JUDGMENT BY DEFAULT
AGAINST GARNISHEE DEFENDANT MARK JYLHA

    The Clerk's entry of default having been entered against Garnishee Defendant Mark Jylha, and an affidavit having been filed;

    THEREFORE, upon the request of the Plaintiffs, and pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, JUDGMENT BY DEFAULT is hereby entered in favor of the Plaintiffs and against Garnishee Defendant Mark Jylha in the amount of $ 95,839.84 , plus interest, costs and attorney fees.

                      _____, CLERK OF THE COURT
                      United States District Court


                      By:_____

Dated: _____